TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00382-CR


NO. 03-04-00383-CR


NO. 03-04-00384-CR


NO. 03-04-00385-CR


NO. 03-04-00386-CR


NO. 03-04-00387-CR






James Lee Cinnamon, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF CONCHO COUNTY, 119TH JUDICIAL DISTRICT


NOS. 1456, 1457, 1458, 1459, 1460 & 1461


HONORABLE BEN WOODWARD, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Paul S. Parker, is ordered to tender a brief in this cause no later than March 3, 2005. 
No further extension of time will be granted.

It is ordered January 5, 2005. 


Before Chief Justice Law, Justices Patterson and Puryear

Do Not Publish